No. 543.  SCHOEN v. MOUNTAIN PRODUCERS CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.  *Charles B. McInnis, Louis B. Arnold* and *Herbert L. Cobin* for petitioner.  *William S. Potter* and *James L. Latchum* for Johnson et al., respondents.

No. 546.  GUNN v. DALLMAN, COLLECTOR OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.  *Werner W. Schroeder, Harry B. Sutter* and *Montgomery S. Winning* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent.

No. 549.  ALBURN, TRUSTEE, ET AL. v. UNION TRUST CO. ET AL.; and

No. 550.  ALBURN, TRUSTEE, ET AL. v. NATIONAL CITY BANK OF CLEVELAND ET AL.  Supreme Court of Ohio.  Certiorari denied.  *Paul R. Harmel, William S. Evatt* and *Cary R. Alburn* for petitioners.  *Herbert S. Duffy,* Attorney General of Ohio, and *W. H. Annat,* Assistant Attorney General, for Superintendent of Banks; *C. W. Sellers* for National City Bank of Cleveland; *Howard F. Burns* for Union Properties, Inc.; and *George Q. Keeley* for Burdick et al., respondents.

No. 552.  O'NEILL v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.  *Monroe Goldwater* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 554.  CRIPPEN, TRUSTEE IN BANKRUPTCY, v. CITY OF DALLAS.  C. A. 5th Cir.  Certiorari denied.  *Webster Atwell* for petitioner.